UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| In The Matter Of: | |
| | Case Number 18-22492-rdb |
| John Leonard Lentell | |
| | Chapter 13 |
| Debtor, | |
| | Objection to Confirmation filed by |
| MTGLQ Investors, LP | MTGLQ Investors, LP |
| | |
| Creditor, | |

## OBJECTION TO CONFIRMATION

Comes now MTGLQ Investors, LP ("Creditor") by its attorney and for its objection to confirmation states as follows:

1. MTGLQ Investors, LP is the holder of a Mortgage and Note secured by real property located at 2844 W 138th Terr., Leawood, KS 66224. Said property is listed by the Debtor as an asset of the bankruptcy estate.

2. The prepetition arrearages owed to Creditor are $148,258.00. The total pay off due to Creditor under the note is $621,697.32.

3. The Chapter 13 Plan filed by the Debtor calls for 0.00% interest on the claim of Creditor. Creditor is entitled to interest on the principal and advance portion of the claim at the contract rate of 6.00%.

WHEREFORE, MTGLQ Investors, LP prays confirmation of the plan filed by the Debtor be denied, that this case be dismissed for failure to propose a confirmable plan; and for such further orders as the Court deems just and proper.

Dated January 31, 2019

    Respectfully Submitted,
    Millsap & Singer, LLC

    */s/ Stewart C. Bogart*
    Cynthia M. Kern Woolverton, KSFd#21445
    Stewart C. Bogart, KSFd#26836
    Muhammad Esa Ahmed, KSFd#28153
    612 Spirit Drive
    St. Louis, MO  63005
    Telephone:   (636) 537-0110
    Facsimile:    (636) 537-0067
    bkty@msfirm.com

    Attorneys for MTGLQ Investors, LP

2

MS 127954.394499 BK

Case 18-22492    Doc# 20    Filed 01/31/19    Page 2 of 3

# CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was filed electronically on January 31, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

                                            */s/ Stewart C. Bogart*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Rachel Lynn Foley

    William H Griffin

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    John Leonard Lentell
    2844 W 138th Terrace
    Leawood, KS 66224

